**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Interim Attorney-in-Charge*

January 17, 2024

<u>BY ECF and Email</u>
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Tony Clanton*, 23-CR-328 (KAM)

Your Honor:

  Mr. Clanton requests a bond modification to permit him to attend his mother's 70th birthday dinner at her residence in Staten Island on Thursday, January 18, 2024 from 7-9 p.m. Pretrial Services has no objection and has been provided with the location details for the dinner. The government opposes this request. Mr. Clanton has otherwise been complaint with the conditions of his release.

                Respectfully submitted,

                <u>/s Karume James</u>
                Karume James
                Michael Weil
                Attorneys for Tony Clanton
                Assistant Federal Defenders
                Federal Defenders of New York
                karume_james@fd.org
                michael_weil@fd.org

cc:  AUSA Andrew Roddin (by ECF and email)
    Chambers of the Hon. Kiyo A. Matsumoto (by email)